1  Joel M. Murillo          101143
   311 East Merced Street
2  Fowler, California 93625

3  Telephone: (559) 834-9900
   Facsimile:  (559) 834-9901
4
   Attorney for Defendant Jesus Rios Jr.
5

6

7
             **IN THE UNITED STATES DISTRICT COURT FOR THE**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10
   UNITED STATES OF AMERICA,        )   NO. 1:08-CR-00298 AWI
11                                  )
              Plaintiff,            )   STIPULATION AND ORDER TO
12                                  )   CONTINUE SENTENCING
         v.                         )
13                                  )
   JESUS RIOS JR., et al.,          )
14                                  )
              Defendants.           )
15 _____   )

16

17     The parties hereto, by and through their respective attorneys, stipulate and agree that the

18 sentencing currently calendared for January 19, 2010, be continued to February 23, 2010, at 9:00

19 a.m., in the above-entitled court.

20     This continuance is necessitated, as additional time is needed to complete Formal

21 Objections to Advisory Guideline Presentence Investigation Report.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161 (h)(1)(F), 3161 (h)(8)(A), 3161 (h)(8)(B)(I).

DATED:  December 30, 2009

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
**This was agreed to by Mr. Rooney via email on December 30, 2009**

DATED:  December 30, 2009

/s/ Joel M. Murillo
JOEL M. MURILLO
Attorney for Defendant
JESUS RIOS, JR.

## **ORDER**

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing in this matter currently scheduled for January 19, 2010, be continued to February 23, 2010, at 9:00 a.m..

IT IS SO ORDERED.

**Dated:   January 5, 2010**

/s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

2