

Joel M. Murillo        101143
311 East Merced Street
Fowler, California 93625

Telephone: (559) 834-9900
Facsimile:  (559) 834-9901

Attorney for Defendant Jesus Rios Jr.

# UNITED STATES DISTRICT CURT

## EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JESUS RIOS JR., et Al.,<br><br>            Defendant. | Case Number: 08-00298 AWI<br><br>**STIPULATION TO<br>CONTINUE SENTENCING<br>[PROPOSED] ORDER** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for Monday, April 19, 2010, be continued to Monday, April 26, 2010, at 9:00 a.m., in the above-entitled court.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161 (h)(1)(F), 3161 (h)(8)(A), 3161 (h)(8)(B)(I).

DATED: April 12, 2010                    /s/ Kevin P. Rooney
                                         KEVIN P. ROONEY
                                         Assistant United States Attorney
                                         **This was agreed to by Mr. Rooney
                                         via email on April 12, 2010**


DATED: April 12, 2010                    /s/ Joel M. Murillo
                                         JOEL M. MURILLO
                                         Attorney for Defendant
                                         JESUS RIOS, JR.

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER

## ORDER

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing in this matter currently scheduled for Monday, April 19, 2010, be continued to Monday, April 26, 2010, at 9:00 a.m..

DATED: April /3, 2010

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER