Joel M. Murillo          101143
311 East Merced Street
Fowler, California 93625

Telephone: (559) 834-9900
Facsimile:   (559) 834-9901

Attorney for Defendant Jesus Rios Jr.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-CR-00298 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING; ORDER |
| v. ) | |
| ) | |
| JESUS RIOS, JR., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for Monday, April 26, 2010, be continued to Monday, May 17, 2010, at 9:00 a.m., in the above-entitled court.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161 (h)(1)(F), 3161 (h)(8)(A), 3161 (H)(8)(B)(I).

DATED: April 22, 2010                                /s/ Kevin P. Rooney
                                                     KEVIN P. ROONEY
                                                     Assistant United States Attorney
                                                     **This was agreed to by Mr. Rooney
                                                     by telephone on April 22, 2010**

DATED: April 22, 2010                                /s/ Joel M. Murillo
                                                     JOEL M. MURILLO
                                                     Attorney for Defendant
                                                     JESUS RIOS, JR.

**ORDER**

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing in this matter currently scheduled for Monday, April 26, 2010, be continued to Monday, May 17, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 24, 2010**                         /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

2