UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | RE:  JESUS RIOS JR.<br>       Docket Number: 1:08CR00298-003<br>       **PERMISSION TO TRAVEL**<br>       **OUTSIDE THE COUNTRY** |

Your Honor:

Jesus Rios Jr. is requesting permission to travel to Mexico. Jesus Rios is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 14, 2010, the offender was sentenced for the offenses of 21 USC 846 and 841, Conspiracy to Distribute Methamphetamine.

**Sentence Imposed:** 72 months custody in the Bureau of Prisons; 48 months TSR.

**Dates and Mode of Travel:** January 8, 2016, through January 21, 2016, via personal vehicle.

**Purpose:** Visit family.

**RE:**   Jesus Rios Jr
   Docket Number:  1:08CR00298-003
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

/s/ Sarah L. Kirk

SARAH L. KIRK
United States Probation Officer


Dated:   December 30, 2015
   Fresno, California
   SLK


|  | /s/ Tim D. Mechem |
|---|---|
| **REVIEWED BY:** | **TIM D. MECHEM**<br>**Supervising United States Probation Officer** |

---

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved


IT IS SO ORDERED.


Dated:   **January 8, 2016**             /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES DISTRICT JUDGE

2