UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JESUS RIOS, JR.,<br><br>           Defendant. | No.  1:08-cr-00298-DAD-3<br><br>ORDER DENYING MOTION TO AMEND PRESENTENCE INVESTIGATION REPORT AS MOOT<br><br>(Doc. No. 71) |

On September 8, 2009, defendant Jesus Rios, Jr. pled guilty to conspiracy to distribute a controlled substance.  (Doc. No. 42.)  On December 9, 2009, the Senior United State Probation Officer submitted a Presentence Investigation Report ("PSR") and on June 14, 2010, defendant was sentenced to a term of 72 months in federal prison.  (Doc. Nos. 67-70.)  On January 20, 2012, defendant, seeking to receive the Bureau of Prison's 500 hour residential drug and alcohol abuse program, filed a motion to amend the presentence investigation report to include information the defendant believed would prove helpful to his efforts in that regard.  (Doc. No. 71.)

The next entry in the docket, however, was not until December 4, 2015 when this case was reassigned to District Judge Dale Drozd for all further proceedings.  (Doc. No. 73.)  The court has confirmed that at this point, defendant had already satisfied his term of imprisonment and had been discharged from custody on September 15, 2015.  According to the Bureau of Prison records, defendant was never accepted into the 500 hour residential drug and alcohol abuse

1  program and is now serving a term of supervised release which is set to expire on September 14,
2  2019.  Defendant's 2012 motion to amend the presentence investigation report in his case was
3  rendered moot based upon due to his September 15, 2015 release from custody.  Accordingly,
4  that motion is denied.
5       Based upon the foregoing:
6      1) Defendant's motion to amend the presentence investigation report (Doc. No. 71) is
7         DENIED as moot; and
8      2) The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **January 12, 2016**

                        DALE A. DROZD
                        UNITED STATES DISTRICT JUDGE