UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale D. Drozd<br>United States District Judge<br>Fresno, California | **RE:  JESUS RIOS JR.**<br>**Docket Number:  1:08CR00298-003**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jesus Rios Jr. is requesting permission to travel to Mexico.  Jesus Rios is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 14, 2010, the offender was sentenced for the offenses of 21 USC 846 and 841, Conspiracy to Distribute Methamphetamine.

**Sentence Imposed:**  72 months custody in the Bureau of Prisons; 48 months TSR.

**Dates and Mode of Travel:**  September 10, 2016, through October 2, 2016, via personal vehicle.

**Purpose:**  Visit family.

**RE:** **Jesus Rios Jr**
**Docket Number:  1:08CR00298-003**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Sarah L. Kirk

SARAH L. KIRK
United States Probation Officer

Dated: June 30, 2016
Fresno, California
SLK

|  | /s/ Tim D. Mechem |
|---|---|
| **REVIEWED BY:** | **TIM D. MECHEM**<br>**Supervising United States Probation Officer** |

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

IT IS SO ORDERED.

Dated:   **July 8, 2016**

_____
UNITED STATES DISTRICT JUDGE