UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | RE:  Jesus Rios, Jr.<br>      Docket Number: 0972 1:08CR00298-003<br>      **PERMISSION TO TRAVEL**<br>      **OUTSIDE THE COUNTRY** |

Your Honor:

Jesus Rios is requesting permission to travel to Coahuayutla, Guerrero, Mexico. Jesus Rios is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 14, 2010, Jesus Rios was sentenced for the offenses of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Class B Felony).

**Sentence Imposed:** 72 months custody in the Bureau of Prisons; 48 months Supervised Release; $100 Special Assessment (Paid).

**Dates and Mode of Travel:** Travel Dates: March 20, 2017, through April 10, 2017. Flight reservations will be made upon Court approval.

**Purpose:** To visit his wife and family.

**RE:**   Jesus Rios
   Docket Number:  0972 1:08CR00298-003
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated:   February 9, 2017
   Fresno, California
   TDM/rmv

  /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated:  **February 10, 2017**

_____
UNITED STATES DISTRICT JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX