UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Dale A. Drozd  **RE:  Jesus Rios, Jr.**
United States District Judge  **Docket Number:  0972 1:08CR00298-003**
Fresno, California  **PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY**

Your Honor:

Jesus Rios, Jr. is requesting permission to travel to Tijuana, Baja California, Mexico. Jesus Rios, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 14, 2010, Jesus Rios, Jr. was sentenced for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Class B Felony).

**Sentence Imposed:**  72 months custody in the Bureau of Prisons; 48 months Supervised Release; $100 Special Assessment (Paid).

**Dates and Mode of Travel:**  Travel Dates: June 2, 2017, through June 7, 2017. Driving personal vehicle – 2002 Acura.

**Purpose:**  To visit his son.

**RE:　Jesus Rios, Jr.
　　　Docket Number:　0972 1:08CR00298-003
　　　PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:　May 15, 2017
　　　　Fresno, California
　　　　TDM/rmv

　　　　　　　　　　　　/s/ Brian J. Bedrosian
**REVIEWED BY:　　BRIAN J. BEDROSIAN
　　　　　　　　　Supervising United States Probation Officer**

## ORDER OF THE COURT

☒　　Approved　　☐　　Disapproved

IT IS SO ORDERED.

Dated:　**May 16, 2017**

　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE