UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE: Jesus Rios, Jr.**<br>**Docket Number: 0972 1:08CR00298-003**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Jesus Rios, Jr. is requesting permission to travel to Coahuayutla, Guerrero, Mexico. Jesus Rios, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 14, 2010, Jesus Rios, Jr. was sentenced for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Class B Felony).

**Sentence Imposed:** 72 months custody in the Bureau of Prisons; 48 months Supervised Release; $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From September 14, 2017, through October 10, 2017. Travel arrangements will be made upon Court approval.

**Purpose:** To visit his family.

1

REV. 06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:   Jesus Rios, Jr.**
       **Docket Number:  0972 1:08CR00298-003**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                          Respectfully submitted,

                          /s/ Tim Mechem

                          TIM D. MECHEM
                   Supervising United States Probation Officer


Dated:    July 20, 2017
          Fresno, California
          TDM/rmv

                           /s/ Brian J. Bedrosian
**REVIEWED BY:      BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

   ☒     Approved          ☐     Disapproved

IT IS SO ORDERED.

Dated:   **August 2, 2017**                    _/s/ Dale A. Drozd_
                                               UNITED STATES DISTRICT JUDGE