UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE: Jesus Rios, Jr.**<br>**Docket Number: 0972 1:08CR00298-003**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Jesus Rios, Jr. was previously granted permission to travel to Coahuayutla, Guerrero, Mexico from September 14, 2017, through October 10, 2017. Because of employment issues, he is now having to postpone and modify his dates of travel. Jesus Rios, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 14, 2010, Jesus Rios, Jr. was sentenced for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Class B Felony).

**Sentence Imposed:** 72 months custody in the Bureau of Prisons; 48 months Supervised Release; $100 Special Assessment (Paid).

**New Dates and Mode of Travel:** From October 20, 2017, through November 15, 2017. Travel arrangements will be made upon Court approval.

**Purpose:** To visit his family.

1

REV. 06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:** Jesus Rios, Jr.
   **Docket Number: 0972 1:08CR00298-003**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated: September 20, 2017
   Fresno, California
   TDM/rmv

|  | /s/ Brian J. Bedrosian |
|---|---|
| **REVIEWED BY:** | **BRIAN J. BEDROSIAN** |
|  | **Supervising United States Probation Officer** |

## ORDER OF THE COURT

☒  Approved   ☐  Disapproved

IT IS SO ORDERED.

Dated: **September 22, 2017**            *Dale A. Drozd*
                                         UNITED STATES DISTRICT JUDGE