UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:** **Jesus Rios, Jr.**<br>Docket Number: 0972 1:08CR00298-003<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Jesus Rios, Jr. is requesting permission to travel to Coahuayutla, Guerrero, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 14, 2010, Jesus Rios, Jr. was sentenced for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Class B Felony).

**Sentence Imposed:** 72 months custody in the Bureau of Prisons; 48 months Supervised Release; $100 Special Assessment (paid).

**Dates and Mode of Travel:** From June 20, 2018, through July 5, 2018. Travel arrangements will be made upon Court approval.

**Purpose:** To visit family.

**RE:     Jesus Rios, Jr.**
**        Docket Number:  0972 1:08CR00298-003**
**        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/Adrian Garcia
ADRIAN GARCIA
United States Probation Officer

Dated:   May 18, 2018
         Fresno, California
         AG/dp

                /s/ Tim D. Mechem
**REVIEWED BY:     TIM D. MECHEM**
**                 Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

IT IS SO ORDERED.

Dated:   **May 22, 2018**                    _/s/ Dale A. Drozd_
                                             UNITED STATES DISTRICT JUDGE